**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **VICTOR CANCEL**, | ) **D.C. CV. NO. 2010-036** |
| Petitioner, | ) |
| | ) Ref: D.C. CR. NO. 2008-031 |
| v. | ) |
| | ) |
| **UNITED STATES OF AMERICA**, | ) |
| Respondent. | ) |
| _____ | ) |

**O R D E R**

Consistent with the memorandum opinion of even date, it is hereby

**ORDERED** that the government's motion to dismiss Cancel's 28 U.S.C. § 2255 motion is **GRANTED**; and further

**ORDERED** that other pending motions, if any, are **DENIED** as moot; and further

**ORDERED** that a certificate of appealability is not warranted; and finally

**ORDERED** that the Clerk of the Court shall **CLOSE** the above-captioned files.

**DONE AND SO ORDERED** this <u>19</u> day of September 2011.

                                              **E N T E R:**

                                              /s/ Raymond L. Finch
                                              _____
                                              **RAYMOND L. FINCH**
                                              **SENIOR DISTRICT JUDGE**

**Copies to:**
    George W. Cannon, Jr., Magistrate Judge
    Denise Hinds, AUSA
    Victor Cancel, Reg. No. 33200-069, Federal Correctional Institution Miami, P.O. Box 779800 Miami, FL 33177 (Please Mark: "LEGAL MAIL")